| United States Bankruptcy Court<br>For the District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Quin-T Corporation – New Hampshire | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>02-0372520 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>83 Manville Road<br>Tilton, NH 03276 | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Belknap County, NH** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 309<br>Tilton, NH 03276 | Mailing Address of Debtor (if different from street address): |
| Location of Principal Assets of business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)
- ■ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13
- ☐ Chapter 9    ☐ Chapter 12
- ☐ Sec. 304 – Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business    ■ business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C.§ 1121(e) (Optional)

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only) **UNKNOWN**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets
| $0_$50,000 | $100,000 to $500,000 | $1,000,000 to $10,000,000 | $10,000,000 to $50,000,000 | over $100 M | UNKNOWN |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | |

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Quin-T Corporation – New Hampshire | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attached additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attached additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chose to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _*[signature]*_____<br>Signature of Authorized Individual<br><br>_Hunter R. Glasscock_<br>Printed Name of Authorized Individual<br><br>_Treasurer + Secretary_<br>Title of Authorized Individual<br><br>_June 20, 2003_<br>Date |
| **Signature of Attorney**<br><br>X  /s/ Bruce A. Harwood<br>Signature of Attorney for Debtor(s)<br><br>Bruce A. Harwood, BNH 01519<br>Printed Name of Attorney for Debtor(s)<br><br>Sheehan Phinney Bass + Green, PA<br>Firm Name<br><br>1000 Elm Street, P.O. Box 3701<br>Address<br><br>Manchester, NH 03105-3701<br><br>June 23, 2003<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>_____ |
| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐   Exhibit A is attached and made a part of this petition. | Names and Social Security numbers of all other individuals who Prepared or assisted in preparing this document:<br><br>X _____<br>Signature of Bankruptcy Petition Preparer |
| **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s) | _____<br>Date<br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment of both 11 U.S.C. § 110; 18 U.S.C. § 156. |

## ACTION OF BOARD OF DIRECTORS
## OF QUIN-T CORPORATION-NEW HAMPSHIRE
## A DELAWARE CORPORATION,
## BY UNANIMOUS WRITTEN CONSENT

We, the undersigned, constituting all the members of the Board of Directors of Quin-T Corporation-New Hampshire, a Delaware corporation, ("Company") hereby take the following action:

RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, that the Company file a Voluntary Petition under Chapter 11 of the Bankruptcy Code:

FURTHER RESOLVED, that the officers of the Company are hereby authorized and directed, on behalf of and in the Company, to execute the Petition and all other documents necessary for the Chapter proceeding.

Hunter Glasscock

_____

Paul Kingsbury

_____

Robert Yousey

_____

Being All the Directors of the Company

29023-1